SHERICON CORPORATION, Respondent, v. MORRIS COOPERSMITH and Another, Appellants.— Order so far as appealed from reversed, with ten dollars costs and

disbursements, and the motion denied. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.